UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH H. TEALE,

    Petitioner,

v.                                      4:13cv679-WS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

ORDER DENYING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (doc. 13) dated March 24, 2014.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as successive.  The petitioner has filed no objections to the report and recommendation.

Because there is nothing in the record that reflects that the petitioner has been granted leave by the Eleventh Circuit to file a second or successive habeas corpus petition, this court lacks the authority to consider the petitioner's claim.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 13) is hereby ADOPTED and incorporated by reference into this order.

2.  The respondent's motion to dismiss (doc. 10) is GRANTED.

3.  The petitioner's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

4.  The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   28th   day of    April   , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE